# Exhibit A

Date Filed: 7/7/2022 3:30 PM
District Court - Haverhill

| STATEMENT OF SMALL CLAIM AND NOTICE | DOCKET NO. (For Court Use Only) 22 30 JC 462 | Trial Court of Massachusetts Small Claims Session |
| --- | --- | --- |

**NOTICE TO PLAINTIFF:** You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of business or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You may find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

COURT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court):

BMC:

District: Haverhill District Court

Housing:

| PLAINTIFF INFORMATION: The person filing the claim is the plaintiff. | PLAINTIFF'S ATTORNEY (if any) |
| --- | --- |
| Pltf. Name: **Peter I Brown** | Atty. Name: |
| Address: **258 ANDOVER STREET** | Address: |
| City/State/Zip: **Georgetown, MA 01833** | City/State/Zip: |
| Phone No.: **6179621023** | Phone No.:    BBO NO: |

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| Def. #1 Name: United State Postal Service | Def. #2 Name: |
| --- | --- |
| Agent: united States Postal | |
| Address: 64 Central Street, Suite 9 | Address: |
| City/State/Zip: Georgetown, MA 01833 | City/State/Zip: |
| Phone No.: 8002758777 | Phone No.: |

**PLAINTIFF'S CLAIM:** Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) OWE **$400.00** plus **$40.00** court costs for the following reasons:

I purchased $500 worth of insurance for a package to be delivered to my son in Virginia Beach, VA. The USPS lost the package and was unable to deliver. I filed a claim for $400, which is the value of what was mailed. My claim has been denied by the USPS because I do not have proof of what I mailed that meets their criteria, even though when I purchased the insurance there is no warning or nothing stated that proof is needed. This is a false and deceptive trade practice. The USPS was in control of the packager, charged the amount they decided for the insurance and only needed to deliver the package, but did not do so.

SIGNATURE OF PLAINTIFF: X /s/ Peter Brown          DATE: 7/7/2022

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may attempt to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation:  ☒ YES  ☐ NO

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
united States Postal
☒ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

☐ above defendant(s) is (are) serving in the military.    ☐ I am unsure if the above defendant(s) is (are) in the military.
SIGNATURE OF PLAINTIFF: X /s/ Peter Brown          DATE: 7/7/2022

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or for assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."

Efile\SC\January 2018          www.mass.gov/courts          Date/Time Printed: {current date/time}

| NOTICE OF SMALL CLAIM TRIAL | DOCKET NUMBER<br>**2238SC000462** | **Trial Court of Massachusetts** <br>**District Court Department** |
|---|---|---|
| **CASE NAME**<br>Peter I Brown v. United State Postal Service | | |

| ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| United State Postal Service<br>64 Central Street, Suite 9<br>Georgetown, MA 01833 | Haverhill District Court<br>45 Ginty Boulevard<br>Haverhill, MA 01830 |

| DATE AND TIME OF SMALL CLAIM TRIAL | JUDGE OR MAGISTRATE (if already assigned) |
|---|---|
| **Magistrates Hearing - Small Claims**<br><br>**08/19/2022 at 09:00 AM**<br>**Virtual Court Session** | |

| **COUNSEL FOR ALL PARTIES (OR PRO SE PARTY)<br>MUST APPEAR ON THE DATE & TIME SHOWN ABOVE** | |
|---|---|

### TO THE PARTIES TO THIS CASE:

The purpose of this notice is to inform you that this court has scheduled a **SMALL CLAIM TRIAL** in the above captioned small claims case on the date and time indicated above.

**You are required to be present at this event.**

Please also find enclosed a copy of the "Statement of Claim and Notice" form which the plaintiff who has brought this action has filed with the court. The plaintiff named on this form has sued the defendant in small claims court for the amount and reasons stated.

Please review carefully the enclosed document entitled "INSTRUCTIONS TO THE PLAINTIFF AND THE DEFENDANT". Further information concerning small claims process and procedure can be found on the Trial Court website at: http://www.mass.gov/courts/selfhelp/small-claims

### FURTHER ORDERS OF THE COURT

North Essex Dispute Resolution Center (NEDRC) is an authorized nonprofit organization provided to litigants by the Haverhill District Court which offers free mediation services to both parties in small claims matters. As a party to this litigation, you will be contacted by NEDRC. If ALL parties agree to mediation, then the case will be suspended until NEDRC can organize and conduct the mediation. NEDRC will report to the court whether the case has settled or the need to proceed to trial.

NEDRC (978-872-1560) nedisputeresolution@gmail.com

If a case needs to proceed to trial, it will be conducted via ZOOM. ZOOM Meeting ID: 161 212 5411 Password: 383410 or Telephone: 646 828 7666 follow prompts   Meeting ID: 161 212 5411   Password: 383410

Haverhill District Court   (978-521-7300) michael.smerczynski@jud.state.ma.us

| DATE ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| 7/11/22 | Doris A Stanziani |

ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SAVE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

Archive

Conversation History

978273806... [EXTERNAL]

CAUTION: This email originated from outside USPS. STOP and CONSIDER before resp

## INSTRUCTIONS TO THE PLAINTIFF AND THE DEFENDANT

**1. WHAT IS THE "NOTICE OF SMALL CLAIM TRIAL" FORM?**

This is your copy of the event notice that the court has issued in this case. This notifies you when you must appear for trial at the court.

**2. WHAT IS THE "STATEMENT OF CLAIM AND NOTICE" FORM?**

This is your copy of the claim form that the plaintiff who has brought this action has filed with the court. This describes the nature of the claim, including the amount of and reasons for the claim.

**3. WHAT IS SMALL CLAIMS COURT?**

The small claims court is not a separate court, but a special session of the District Court, the Boston Municipal Court or the Housing Court. It is designed to resolve smaller cases, making it easier and less expensive for the public to use the court.

**4. HOW IS THE DEFENDANT NOTIFIED OF THIS CLAIM?**

The defendant is sent a copy of the "Statement of Small Claim and Notice" and "Notice of Small Claim Trial" forms by first class mail. If Plaintiff inquires, the court will tell the plaintiff if the Post Office is unable to notify ("serve") the defendant.

**5. ARE ATTORNEYS NEEDED IN SMALL CLAIMS COURT?**

No, but you may hire one if you wish.

**6. WHAT ARE "COSTS"?**

If the plaintiff prevails, or if both sides settle the claim, the plaintiff may recover from the defendant as "costs" the court filing fee and postage. By court order the plaintiff may sometimes recover certain other costs of bringing the claim.

**7. IS THE DEFENDANT REQUIRED TO FILE AN ANSWER?**

The defendant may send a signed letter to the court, saying clearly and simply why the plaintiff should not prevail. This "answer" should state those specific parts of the claim that are denied. However, the defendant is not required to file an answer. The defendant must send the plaintiff a copy of the answer, if one is filed. In the answer, or in a separate letter sent to the court, the defendant may set forth in writing any claim against the plaintiff within the jurisdiction of the small claims court. Both claims will be treated as one case if the defendant mails a copy of his or her claim to the plaintiff at least ten days before the scheduled trial date, or if the magistrate orders that they be so treated. Such claims are not compulsory. The plaintiff need not file a written answer to the defendant's claim.

**8. WHAT IF THE DEFENDANT ADMITS HE OWES ALL THE MONEY?**

He or she should contact the plaintiff and arrange to make payment. If payment is not made before the trial date, both the plaintiff and the defendant must appear in court.

**9. WHAT IF THE DEFENDANT ADMITS HE OWES THE MONEY BUT NEEDS TIME TO PAY?**

He or she must appear in court on the trial date and give his or her reasons for requesting time to pay.

**10. WHAT IF THE DEFENDANT BELIEVES HE OWES NOTHING, OR ONLY SOME OF THE MONEY CLAIMED?**

He or she must appear in court on the trial date. He or she will be able to question how the plaintiff arrived at the amount claimed.

**11. WHAT IF THE DEFENDANT BELIEVES THE PLAINTIFF OWES HIM MONEY?**

The defendant should indicate in his or her answer, or tell the court, that the plaintiff owes him or her money. The plaintiff's original claim and the defendant's claim against the plaintiff (called a "counterclaim") may be treated as one case and tried on the date the original claim was scheduled. If the defendant files a written counterclaim, the defendant must send the plaintiff a copy.

**12. WHEN AND WHERE DO THE PLAINTIFF AND THE DEFENDANT HAVE TO GO TO COURT?**

Unless the plaintiff and defendant settle this case before the trial date, both sides must appear in court on the date the case is scheduled for trial. The date, time and the court location to which both sides must report are shown on the "Notice of Small Claim Trial" form.

**13. WHAT IF I CANNOT COME TO COURT ON THE TRIAL DATE?**

You should call or write the person on the opposing side and ask him or her to agree to postpone ("continue") the case. Continuances should be only for a good reason, such as illness, an emergency, or the unavailability of a witness. If both sides agree, or if the opposing side does not agree, or if you are unable to reach the person on the opposing side, you must write the Clerk-Magistrate of the court to ask that the court give you a continuance. Do not wait until the last minute. If the other side makes a reasonable request for a continuance, it may save you some inconvenience if you agree to the request.

**14. WHAT IF I DO NOT COME TO COURT ON THE TRIAL DATE?**

If the plaintiff does not appear for trial, and the defendant does appear, the court will enter a judgment for the defendant. If both the plaintiff and the defendant do not appear for trial, the claim will be dismissed. If the defendant does not appear for trial, and the plaintiff does appear, the court will likely enter a default judgment and order the defendant to pay the amount claimed. The magistrate may ask the plaintiff to present some evidence of the claim, even if the defendant is not present.

**15. HOW SHOULD I PREPARE FOR TRIAL?**

It may be helpful to write down ahead of time the facts of the case in the order in which they occurred. This will help you organize your thoughts and make a clear presentation of your story. On the trial date, you must bring with you any witnesses, checks, bills, papers, photographs or letters that will help you prove your case. If you need a witness to come to court but the witness will not come, ask the clerk magistrate's office for a witness summons which you must then arrange to have an officer deliver to the witness. You may need an expert witness to prove any matter not within common experience. The laws governing small claims are the same as those for major lawsuits, except that simplified procedures are used. The plaintiff must **prove** that the claim is one which the law recognizes and that the defendant is liable, or the magistrate will enter a decision for the defendant.

**16. WHAT WILL HAPPEN ON THE DAY OF TRIAL?**

Be sure to arrive on time. If your case is not resolved by a mediator, a trial will be held before a magistrate. The plaintiff will be asked to tell his or her side of the story, then the defendant will tell his or her side. Each will have an opportunity to ask questions of the other side and the other side's witnesses. To prevail, the law requires the plaintiff to prove the validity of his or her claim.

**17. WHAT WILL THE MAGISTRATE DO?**

The magistrate will make a decision. Notice of the decision (called a "judgment") will be given or sent to each side.

**18. CAN I APPEAL THE JUDGMENT?**

By bringing his or her claim in small claims court, the plaintiff (and the defendant on any counterclaim) gives up any right (1) to have the claim decided by a jury and (2) to appeal if he or she loses. If the defendant loses the case (or the plaintiff loses on any counterclaim) before the magistrate, he or she can appeal for a new trial by a judge or a jury on any disputed questions of fact, but he or she must post a bond, unless waived.

| JUDGMENT FOR PLAINTIFF(S) | DOCKET NUMBER 2238SC000462 | Trial Court of Massachusetts District Court Department Small Claims Session |
|---|---|---|

CASE NAME  Peter I Brown v. United State Postal Service

PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT

Peter I Brown

COURT NAME & ADDRESS
Haverhill District Court
45 Ginty Boulevard
Haverhill MA 01830

DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT

United State Postal Service

NEXT COURT EVENT (IF ANY)

**Payment Review**

**12/16/2022   09:00 AM**
**Virtual Court Session**

PARTY OR ATTORNEY FOR PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED

United State Postal Service
64 Central Street, Suite 9
Georgetown, MA 01833

PAYMENT ORDER TERMS
Pay Total Amount By: 09/19/2022

FURTHER ORDERS OF THE COURT
Please do not appear at the Court.  ZOOM
Meeting ID: 161 212 5411 Password: 383410
Email: michael.smierzynski@jud.state.ma.us

## JUDGMENT FOR PLAINTIFF(S)

On the above claim, after default, the Court (Michael Smierzynski) has entered JUDGMENT IN FAVOR OF THE PLAINTIFF(S) listed above. The defendant(s) must pay the plaintiff(s) the 'Judgment Total' shown below, plus additional postjudgment interest under General Laws c. 235 § 8 at the 'Annual Interest Rate' shown below from the 'Date Judgment Entered' shown below until the date of payment. The defendant(s) is required by law to pay the plaintiff(s) that total amount. Unless the defendant(s) failed to appear, the defendant(s) has a right of appeal on a judgment entered after a decision of a magistrate within 10 days after receiving notice of this judgment.  See the enclosed instructions for additional information.

If the court has scheduled this matter for a next court event, both parties must appear unless excused.  **The defendant(s) is subject to arrest for failing to appear.**

| | |
|---|---|
| 1.  Date of Breach, Demand or Complaint | 07/07/2022 |
| 2.  Date Judgment Entered | 08/19/2022 |
| 3.  Number of Days of Prejudgment Interest (line 2 - Line1) | 43 |
| 4.  Annual Interest Rate of 0.12/365.25 = Daily interest rate | 000329 |
| 5.  Single Damages | $400.00 |
| 6.  Prejudgment Interest  (lines 3x4x5) | $5.66 |
| 7.  Double or Treble Damages Awarded by Court (where authorized by law) | $ |
| 8.  Costs Awarded by Court | $40.00 |
| 9.  Attorney Fees Awarded by Court (where authorized by law) | $ |
| 10. JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)  (Lines 5+6+7+8+9) | $445.66 |

| DATE JUDGMENT ENTERED 08/19/2022 | CLERK-MAGISTRATE/ASST CLERK X  David A Gennari | |
|---|---|---|

www.mass.gov/courts

Date/Time Printed  08-19-2022 11:19:27

036